UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER KIGANO GATHIRU,

          Petitioner,

  v.

ERIC HOLDER JR.,

          Respondents.

Case No. C14-1394-JLR

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's habeas petition is **DISMISSED** without prejudice for failure to prosecute.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 7th day of November, 2014.

                                      JAMES L. ROBART
                                      United States District Judge

ORDER OF DISMISSAL - 1